UNITED STATES DISTRICT COURT 
 SOUTHERN DISTRICT OF NEW YORK 
 P CRAWFORP 

 Write the full name of each plaintiff or petitioner.
 ' Case a 4 cy O O go 
 -against-
 \ 2 on 
 N CCL | 7 / AS S OCIA CNorice OF MOTION 

 Write the full name of each defendant or respondent. 
 | \ — 
 PLEASE TAKE NOTICE ne | AARON CR □ 
 plaintiff or defendant name of party who is making the motion 
 3, 
 requests that the Court: AH Sp YL □ Ow regres 
Case Gna | nfo frin~ frre Weber in ot 
 oweart 60 back +0 Wvrk □□□ □□ dha 
 put: [ □□ 
 g to Ste nvr CASE? bt ie an DhHera? Ir 
 Briefly describe what you want the court to do. You should Iso include the Federal Rule(s) of Civil Procé@ure ér 
 the statute under which you are making the motion, if you know. 
 In support of this motion, I submit the following documents (check all that apply): 
 [1 amemorandum of law 
 CL) my own declaration, affirmation, or affidavit 
 0 the following additional documents: | □□ □□ 

 | / 2 20FO Ep? _< □□ 
 __ Dated > | Signature a = □ □ 
Daovrin CVanfird □ 2 
 Name _ Prison Identification # (if incarcerated) □□ 
 OW. load Streep □ 
 ddress . CH we SLL ae State.s s+ 3 Zip Gode ae 
 64E'S77 B40 Aearncravl la □□□□□□ 
 Telephone Number (if available) | “E-mail Address (if available)” | □ 
 hy 120s beep □□ 
 SDNY Rev: 5/24/2016 | 4 jet a ifs □ □□ 

ee 
 UNITED STATES DISTRICT COURT 
 SOUTHERN DISTRICT OF NEW YORK 

$e 
Fill in above the full name of each plaintiff or petitioner. 
 Case nd A CV 00 | 0S 
 -against-

Fill in above the full name of each defendant or 
respondent. 
 DECLARATION 

 Briefly explain above the purpose of the declaration, for example, “in Opposition to Defendant’s 
 Motion for Summary Judgment.” 
DPhaw Ww Crapo : , declare under penalty of perjury that the 
following facts are true and correct:
 In the space below, describe any facts that are relevant to the motion or that respond to a:court 
 order. You may also refer to and attach any relevant documents. 
 7 .

Rev. 6/30/16 

 MEMO ENDORSED: 
 The application is denied. There is a strong presumption in favor of public access to judicial 
 i See] Orion Pi Cc 21 F.3d 24, 26 (2d Cir. 1994) ({C] I 
 recognized a strong presumption of public access to court records. This preference for public 
 access is rooted in the public’s first amendment right to know about the administration of 
 justice.”); see also Hartford Courant Co. v. Pellegrino, 380 F.3d 83 (2d Cir. 2004) (noting that th 
 “press and public possess a qualified First Amendment right of access to docket sheets”). 
 Moreover, the entity that controls Leagle.com is not a party to this lawsuit and it would therefor 
 be inappropriate for this Court to direct that entity to remove information from its website. See. 
 e.g., United States v. Regan, 858 F.2d 115, 120 (2d Cir. 1988) (“[A] court generally may not issue 
 an order against 4 nonparty.”); Deem v. DiMella-Deem, No. 18-CV-I1889 (KMK), 2019 WL 
 1958107, at “10 (S.D.N.Y, May 2, 2019), aff'd, 2020 WL 1813550 Qd Cir. Apr. 9, 2020) □□□□□□□□ 
 generally not order injunctive relief against non-parties. ...”). The Clerk of Court is directed to 
 terminate the motion and/eose the case. Cop i mailed by chambers. 
 [\ [\ AN | 
 SO ORDERED. \ ff 
 p Vo 
 Foul A denolgph eS 

 Neen ee enn en ee ee ee 

 Attach additional pages and documents if necessary. 

 Executed on (date) | Signature / 
SDLAR ON CRAVMFORD 
 Name Prison Identification # (if incarcerated) 
© Wy |Azre ST. HPF Now York NY (003 
 ob 6 City | State Zip Code □ 
ote 5] P+ A dawo yn rawtird □□ 
 Telephone Number (if available) | E-mail Address (if available) □ 
 CA
 | . Page2